UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD L. BASKIN,
Inmate No. Y29801,
    Plaintiff,

vs.                                            Case No.: 3:21cv822/LAC/EMT

REGIONAL DIRECTOR, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).  Plaintiff did not pay the filing fee or file a motion to proceed in forma pauperis.  Plaintiff also did not file his complaint on the form approved for use in the Northern District of Florida.  The undersigned thus entered an order on June 8, 2021, pointing out the deficiencies, directing the clerk of court to send Plaintiff a civil rights complaint form for use by prisoners and the documents needed to file a motion to proceed in forma pauperis, and allowing Plaintiff thirty days in which to either pay the $402.00 filing fee or file a fully completed motion to proceed in forma pauperis, with the requisite supporting documentation, and an amended civil rights complaint on the court form (ECF No. 3).  The undersigned

advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed.

After more than thirty days passed and Plaintiff had not complied, the undersigned entered an order directing Plaintiff to show cause, if any, within thirty days why the case should not be dismissed for failure to comply with an order of the court (ECF No. 4).  The undersigned advised that failure to comply with the order would result in a recommendation, without further notice, that the case be dismissed. More than thirty days have passed, and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED**:

1.That this action be dismissed without prejudice for failure to comply with an order of the court.

2.That the clerk of court be directed to close this case.

At Pensacola, Florida, this 19th day of November 2021.

>*/s/ Elizabeth M. Timothy*
>**ELIZABETH M. TIMOTHY**
>**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.:  3:21cv822/LAC/EMT

## **NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No.: 3:21cv822/LAC/EMT