UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD L. BASKIN,
Inmate No. Y29801,
    Plaintiff,

vs.                                        Case No.: 3:21cv822/LAC/EMT

REGIONAL DIRECTOR, et al.,
    Defendants.
_____/

**ORDER**

The chief magistrate judge issued a Report and Recommendation on November 19, 2021 (ECF No. 5). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This action is dismissed without prejudice for failure to comply with an order of the court.

3.      The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 9th day of December, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**